| Form 668 (Y)(c) (Rev. February 2004) | 1872 | Department of the Treasury - Internal Revenue Service **Notice of Federal Tax Lien** | |
|---|---|---|---|
| Area: SMALL BUSINESS/SELF EMPLOYED AREA #15 Lien Unit Phone: (800) 913-6050 | | Serial Number 238080005 | For Optional Use by Recording Office MC 05 - 00118 |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer  N E T CORPORATION , a Corporation
                  PACIFIC COAST

Residence  PO BOX 501219
           SAIPAN, MP 96950-1219

FILED
Clerk
District Court

AUG 11 2005

For The Northern Mariana Islands
By_____
        (Deputy Clerk)

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 941 | 03/31/2004 | 66-0530385 | 03/07/2005 | 04/06/2015 | 66075.45 |
| 941 | 06/30/2004 | 66-0530385 | 03/07/2005 | 04/06/2015 | 66361.04 |

Place of Filing  US DISTRICT COURT OF CNMI
                 Saipan
                 Saipan, CM 96950

Total  $  132436.49

This notice was prepared and signed at ___INTERNATIONAL, PR___, on this,

the __15th__ day of __July__, __2005__.

Signature  /s/ C. Sherwood
for KENNETH J. JEANPIERRE

Title  REVENUE OFFICER
       (213) 576-4366

35-03-1009

(**NOTE:** Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 2 - Internal Revenue Service TDA Copy

Form **668(Y)(c)** (Rev. 2-2004)
CAT. NO 60025X

```
===========================================
        F E D E R A L    T A X    L I E N
           BILLING SUPPORT VOUCHER
       FILING JURISDICTION SUMMARY REPORT
===========================================
```

> If there are any corrections
> necessary to the contents of this
> billing assembly please contact:

         SPECIAL PROCEDURES FUNCTION
                  AREA 35
                800 913-6050

```
===================================================
Liens Filed, Released, Withdrawn and Revoked
From 07/14/2005 to 07/17/2005
===================================================
REPORT PREPARED:  July 19, 2005
###################################################
Saipan                      , CM  96950
###################################################
```

| TOTAL LIENS FILED: | TOTAL FILING FEES: |
|---|---|
| 1 | $.00  Bud |

```
===================================================
    For prompt payment please mail a copy of
    this summary sheet, the attached document
    listing, and your invoice to:

    INTERNAL REVENUE SERVICE
    CCP - LIEN UNIT
    PO BOX 145595, STOP 8420G, TEAM 204
    CINCINNATI                  , OH  452505595
===================================================
```

```
================================================================
              INTERNAL REVENUE SERVICE - FEDERAL TAX LIEN
                         BILLING SUPPORT VOUCHER
                            July 19, 2005
================================================================
     Liens Filed, Released, Withdrawn and Revoked for the Period
                   07/14/2005 Through 07/17/2005

##############################################
Saipan                    , CM  96950
##############################################

SERIAL      TAXPAYERS                         IDENTIFYING    COURT      TYPE
NUMBER      NAME                              NUMBER         FEE        FEE
---------   -------------------------------   ------------   --------   --------
238080005   N E T CORPORATION                 66-0530385        $.00    Filed
                                                              --------
                                                                 $.00
```

```
============================================================
          BILLING SUPPORT VOUCHER - OVERALL SUMMARY
        Total Liens Filed, Released, Withdrawn and Revoked
                  07/14/2005 Through 07/17/2005
```

```
Liens Filed         1
Liens Released      0
Liens Withdrawn     0
Liens Revoked       0
----------------   ===
Total documents:    1
```

```
============================================================
       *****  R E P O R T   C O M P L E T E  *****
============================================================
```